IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
                Plaintiff,    )        8:02CR154
                              )
         v.                   )
                              )
CURTIS BRYE,                  )        ORDER
                              )
                Defendant.    )
_____)
```

This matter is before the Court on plaintiff's motion for dismissal of petition for offender under supervision without prejudice (Filing No. 99). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; the petition for offender under supervision (Filing No. 83) is dismissed without prejudice.

DATED this 8th day of July, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court